IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONTINENTAL CASUALTY COMPANY,

            Plaintiff,

v.

THORNTON LAW FIRM LLP,

            Defendant.

Case No. 1:21-cv-10067-MLW

## NOTICE OF VOLUNTARY DISMISSSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice, and without fees or costs to any party, prior to service by any Defendant of either an answer to Plaintiff's complaint or a motion for summary judgment.

Dated this 23 day of July, 2021

    Respectfully submitted,

    /s/ Richard A. Simpson

    Richard A. Simpson (*pro hac vice*)
    Kimberly A. Ashmore (*pro hac vice*)
    Ashley L. Criss (*pro hac vice*)
    Wiley Rein LLP
    1776 K Street NW
    Washington, DC  20006
    (202) 719-7000

    *And*

        William L. Boesch (BBO No. 558742)
        S<small>UGARMAN</small>, R<small>OGERS</small>, B<small>ARSHAK</small> & C<small>OHEN</small>, P.C.
        101 Merrimac Street, Suite 900
        Boston, MA 02114
        (617) 227-3030

        *Counsel for Plaintiff Continental Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the ECF system on July 23, 2021 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

/s/Richard A. Simpson
Richard A. Simpson (*pro hac vice*)
